UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| JAMAAL LEWIS, SR., <br><br> Petitioner, <br><br> v. <br><br> HECTOR JOYNER, <br><br> Respondent. | Case No. 7:19-36-REW <br><br><br><br> JUDGMENT |

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Memorandum Opinion and Order entered today, pursuant to Federal Rules of Civil Procedure 58, the Court **ORDERS** and **ADJUDGES** as follows:

1. The Court **DENIES**, with respect to all issues raised in this proceeding, Petitioner Jamaal Lewis, Sr.'s petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241;

2. The Court **ENTERS** Judgment in favor of Respondent; and

3. This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

This the 22nd day of October, 2019.



Signed By:
*Robert E. Wier*
**United States District Judge**